Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−13749−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Belinda A Tucker
38 John Street
Metuchen, NJ 08840

Social Security No.:
   xxx−xx−5725

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             6/17/26
Time:             10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 6, 2026
JAN: pbf

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:
Belinda A Tucker
     Debtor

Case No. 26-13749-MBK

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3

Date Rcvd: Apr 06, 2026

User: admin

Form ID: 132

Page 1 of 2

Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belinda A Tucker, 38 John Street, Metuchen, NJ 08840-1721 |
| 521061577 | + | John Walling, P.O. Box 39, Fanwood, NJ 07023-0039 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 06 2026 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 06 2026 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521061568 | + | Email/Text: bankruptcynotices@aarons.com | Apr 06 2026 21:05:00 | Aaron's Sales & Lease, Attn: Legal Dept Attn: Legal Dept, 400 Galleria Pkwy SE , Suite 300, Atlanta, GA 30339-3182 |
| 521061569 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 06 2026 21:06:32 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Floor 4, Pittsburgh, PA 15212-5862 |
| 521061570 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 06 2026 21:03:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 521061571 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 06 2026 21:04:23 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Van Nuys, CA 91411-2546 |
| 521061572 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2026 21:06:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521061573 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2026 21:06:09 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521061574 | | Email/Text: bankruptcycourts@equifax.com | Apr 06 2026 21:04:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 521061575 | ^ | MEBN | Apr 06 2026 20:57:07 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 521061576 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 06 2026 21:06:30 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 521061578 | ^ | MEBN | Apr 06 2026 20:57:37 | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 521061579 | | Email/Text: EBN@Mohela.com | Apr 06 2026 21:03:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 521061580 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 06 2026 21:03:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 521061581 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 06 2026 21:03:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |

| | | | |
|---|---|---|---|
| 521061582 | + Email/Text: netcreditbnc@enova.com | Apr 06 2026 21:05:07 | NetCredit, Attn: Bankruptcy Attn: Bankruptcy, 175 W. Jackson Blvd , Ste 1000, Chicago, IL 60604-2863 |
| 521061583 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 06 2026 21:05:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 521061584 | + Email/PDF: cbp@omf.com | Apr 06 2026 21:06:18 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 521061585 | ^ MEBN | Apr 06 2026 20:58:18 | Tenaglia & Hunt, P.A., 365 West Passaic Street Suite 405, Rochelle Park, NJ 07662-3014 |
| 521061586 | ^ MEBN | Apr 06 2026 20:56:42 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 521061587 | + Email/Text: EDBKNotices@ecmc.org | Apr 06 2026 21:03:00 | U.S. Department of Education, Debt Management and Collections Systems, PO Box Box 5609, Greenville, TX 75403-5609 |
| 521061588 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Apr 06 2026 21:06:28 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Justin M Gillman | on behalf of Debtor Belinda A Tucker ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3