Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 26−13749−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Belinda A Tucker
38 John Street
Metuchen, NJ 08840

Social Security No.:
xxx−xx−5725

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date: 9/30/26
Time: 02:00 PM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Justin Gillman, Esq.
Attorney for Debtor

COMMISSION OR FEES
Fee: $6,964.50

EXPENSES
$498.00

---

If this is a chapter 13 case, the fees and expenses awarded:

☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 13, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-13749-MBK
Belinda A Tucker Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3
Date Rcvd: Aug 13, 2026 Form ID: 137 Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Belinda A Tucker, 38 John Street, Metuchen, NJ 08840-1721 |
| aty | + | Matthew Fissell, KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521061577 | + | John Walling, P.O. Box 39, Fanwood, NJ 07023-0039 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 13 2026 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 13 2026 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 13 2026 21:45:00 | Wilmington Savings Fund Society, FSB, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 521061568 | + | Email/Text: bankruptcynotices@aarons.com | Aug 13 2026 21:47:00 | Aaron's Sales & Lease, Attn: Legal Dept Attn: Legal Dept, 400 Galleria Pkwy SE , Suite 300, Atlanta, GA 30339-3182 |
| 521061569 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 13 2026 21:49:24 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Floor 4, Pittsburgh, PA 15212-5862 |
| 521061570 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 13 2026 21:36:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 521061571 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 13 2026 21:46:25 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Van Nuys, CA 91411-2546 |
| 521061572 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2026 21:49:21 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521061573 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2026 21:49:21 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521061574 | | Email/Text: bankruptcycourts@equifax.com | Aug 13 2026 21:46:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 521061575 | ^ | MEBN | Aug 13 2026 21:35:55 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 521061576 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 13 2026 21:49:50 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 521244000 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 13 2026 21:47:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521061578 | ^ | MEBN | Aug 13 2026 21:36:23 | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 521061579 | | Email/Text: EBN@Mohela.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 13 2026 21:45:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 521061580 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 13 2026 21:45:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 521061581 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 13 2026 21:45:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 521061582 | + | Email/Text: netcreditbnc@enova.com | Aug 13 2026 21:47:00 | NetCredit, Attn: Bankruptcy Attn: Bankruptcy, 175 W. Jackson Blvd , Ste 1000, Chicago, IL 60604-2863 |
| 521082376 | + | Email/PDF: cbp@omf.com | Aug 13 2026 21:49:19 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 521244047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2026 21:49:36 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521061583 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 13 2026 21:47:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 521249873 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 13 2026 21:47:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 521061584 | + | Email/PDF: cbp@omf.com | Aug 13 2026 21:49:45 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 521236230 | | Email/Text: bankruptcy@mtabt.org | Aug 13 2026 21:46:00 | Triborough Bridge and Tunnel Authority, 2 Broadway Floor 24, New York, NY 10004 |
| 521061585 | ^ | MEBN | Aug 13 2026 21:36:54 | Tenaglia & Hunt, P.A., 365 West Passaic Street Suite 405, Rochelle Park, NJ 07662-3014 |
| 521061586 | ^ | MEBN | Aug 13 2026 21:35:33 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 521061587 | + | Email/Text: EDBKNotices@ecmc.org | Aug 13 2026 21:36:00 | U.S. Department of Education, Debt Management and Collections Systems, PO Box Box 5609, Greenville, TX 75403-5609 |
| 521061588 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Aug 13 2026 21:49:21 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | * | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor Wilmington Savings Fund Society FSB cwoerner@raslg.com |
| Justin M Gillman | on behalf of Debtor Belinda A Tucker ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Trustee of Shorebreak NPL Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5