**GILLMAN CAPONE LLC**
**Justin M. Gillman, Esq.**
**770 Amboy Avenue**
**Edison, NJ 08837**
**Telephone: (732) 661-1664**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

United States Bankruptcy Court for the District of New Jersey

**Order Filed on September 30, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Belinda A. Tucker,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 26-13749<br><br>Hearing Date: September 30, 2026<br><br>Judge: Michael B. Kaplan |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 30, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that ____Justin Gillman____, the applicant, is allowed a fee of $____6,964.50____ for services rendered and expenses in the amount of $____498.00____ for a total of $____7,462.50____. The allowance is payable:

☒ $___4,962.50___ through the Chapter 13 plan as an administrative priority.

☒ $___2,500.00___ outside the plan.

The debtor's monthly plan is modified to require a payment of $____N/A____ per month for __N/A__ months to allow for payment of the above fee.

*rev.8/1/15*