**GILLMAN CAPONE LLC**
**Justin M. Gillman, Esq.**
**770 Amboy Avenue**
**Edison, NJ 08837**
**Telephone: (732) 661-1664**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

**Order Filed on September 30, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Belinda A. Tucker,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 26-13749<br><br>Hearing Date: September 30, 2026<br><br>Judge: Michael B. Kaplan |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: September 30, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that ______Justin Gillman______, the applicant, is allowed a fee of $______6,964.50______for services rendered and expenses in the amount of $______498.00______for a total of $______7,462.50______. The allowance is payable:

☒ $___4,962.50___ through the Chapter 13 plan as an administrative priority.

☒ $___2,500.00___ outside the plan.

The debtor's monthly plan is modified to require a payment of $______N/A______per month for __N/A__months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re: Case No. 26-13749-MBK
Belinda A Tucker Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: Sep 30, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Belinda A Tucker, 38 John Street, Metuchen, NJ 08840-1721 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor Wilmington Savings Fund Society FSB cwoerner@raslg.com |
| Justin M Gillman | on behalf of Debtor Belinda A Tucker ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Trustee of Shorebreak NPL Trust bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5